UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>AVERY MACCRACKEN,<br>           Defendant | Case No. 21-mj-691 |

### ORDER

Upon consideration of the Defendant's health and in the interest of justice, it is hereby

**ORDERED** that the United States Marshals Service **STAY** Defendant's removal to the District of Columbia. Defendant must remain at the detention facility he is currently housed. It is further

**ORDERED** that if the Government believes it is in the interest of justice to transfer Defendant to the District of Columbia, the Government must file a motion requesting Defendant's transfer and explaining the basis for the request.

**SO ORDERED.**

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE